# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

―――――――――――――――――
Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

September 9, 2025

> **APPLICATION GRANTED**
> **SO ORDERED** /s/ Vernon S. Broderick
> **VERNON S. BRODERICK**
> **U.S.D.J.** 09/10/2025
>
> The status conference scheduled for September 15, 2025 is hereby adjourned to November 14, 2025 at 11:00 AM. The adjournment is necessary to allow defense counsel additional time to continue reviewing the discovery, to determine whether to make pretrial motions and to explore the possibility of a pretrial resolution with the Government. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. Accordingly, it is further ordered that the time between September 15, 2025 and November 14, 2025 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

BY ECF
Hon. Vernon S. Broderick
United States Courthouse
40 Foley Square
New York, NY 10007

Re:    **United States v Jalen Teague, et. al.**
         25 Cr. 40 (VSB)

Dear Judge Broderick:

    I write on behalf of Jalen Teague and with the consent of counsel for Summer Caster, Cheleia Council Sanders and Megan Sterngast, to respectfully request a 60-day adjournment of the conference in the above captioned matter currently scheduled for September 15, 2025. All counsel require additional time to continue reviewing the voluminous discovery, to determine whether to make pretrial motions and to explore the possibility of a pretrial resolution with the Government. Mr. Teague, and counsel for Ms. Caster, Ms. Sanders and Ms. Sterngast, on behalf of their respective clients, consent to the exclusion of time pursuant the Speedy Trial Act.

    The Government consents to the adjournment and should the Court grant the requested adjournment, the Government respectfully requests, with defendants' consent, that the time between September 15, 2025, and the next scheduled conference be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The exclusion of time will permit the defendants to continue reviewing discovery and to evaluate whether to make pretrial motions, and it will enable the parties to engage in discussions about potential pretrial resolutions.

Respectfully,

/s/ Amy Gallicchio

―――――――――――――――
Amy Gallicchio, Esq.
Assistance Federal Defender
O:  212-417-8728
C:  917-612-3274

Cc: AUSA Joseph H. Rosenberg and Rebecca Delfiner