UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA

    -against-

JALEN TEAGUE,

       Defendant.
--------------------------------------------------------X

**APPOINTMENT ORDER**
**25 Cr. 40 (VSB)**

**IT IS ORDERED THAT:**

Ms. Christine Delince is appointed as counsel for the defendant pursuant to the Criminal Justice Act and is authorized to be compensated at the prevailing CJA capital panel hourly rate.

**SO ORDERED**

_Vernon Broderick_
Hon. Vernon S. Broderick
United States District Judge

Dated: February 20, 2026
      New York, New York