LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

June 5, 2026

Hon. Vernon S. Broderick
United States District Court
40 Foley Square
New York, N.Y. 10007
*via ECF*

Re: United States v. Jalen Teague, et. al.,
25 Cr. 40 (VSB)

Your Honor:

    I write on behalf of the defendants to request an adjournment of the June 18, 2026 conference set in response to the government's request. The prosecution sought a date earlier than the agreed upon July 21, 2026 date without consulting with two of the three defendants in the case. Joshua Kirshner, Esq., has a conflict on that date and cannot appear for Mr. Teague.
    Rather than scheduling a conference now, we respectfully request that the Court set a conference once the Court has decided the outstanding severance motions. A decision on those motions will be an important factor our ability to agree on the scheduling of motions and trial. We further ask that we be permitted to consult and suggest conference dates convenient to all parties once the Court has ruled on the severance motions.

Respectfully,

*Lisa Scolari*

Lisa Scolari
Donna Newman
Counsel for Megan Sterngast

APPLICATION GRANTED
SO ORDERED _____
VERNON S. BRODERICK
U.S.D.J.  06/09/2026

The status conference scheduled for June 18, 2026 is adjourned *sine die*. Once I have decided the severance motions, I will set a date for the next conference. At that conference, counsel for Teague should be prepared to discuss whether or not he intends to file pretrial motions on behalf of his client, and the parties shall be prepared to discuss setting a trial date in the first or second quarter of 2027.