UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

UNITED STATES OF AMERICA

-v-

JALEN TEAGUE, CHELEIA COUNCIL SANDERS, and MEGAN STERNGAST

Defendants.

-------------------------------------------------------X

25-CR-40 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

The pretrial conference for Defendant Sterngast is hereby rescheduled for August 20, 2026 at 2:00 p.m. and the pretrial conference for Defendants Teague and Sanders is hereby rescheduled for August 25, 2026 at 12:00 p.m.

Time will be excluded between July 21, 2026 and August 20, 2026 as to Defendant Sterngast and between July 21, 2026 and August 25, 2026 as to Defendants Teague and Sanders to permit the parties to coordinate schedules, discuss when they are available for trial and potential pretrial dispositions, and for Teague's counsel to consider what, if any, pretrial motions he might file on Teague's behalf. I find that granting this exclusion outweighs the interests of the public and the defendants in a speedy trial.

Dated: July 21, 2026
New York, New York

Vernon S. Broderick
United States District Judge