**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 16, 2026

**BY ECF**
Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re: *United States v. Jalen Teague & Cheleia Council Sanders*, 25 Cr. 40 (VSB)**

Dear Judge Broderick:

Trial is scheduled to commence in the above-referenced matter on September 27, 2027. In accord with Your Honor's instructions at the August 25, 2026 pretrial conference, and after conferring with defense counsel, the Government writes to respectfully suggest a pretrial filing schedule.

The parties agree on the following pretrial deadlines:

| Filing | Proposed Deadline |
|---|---|
| Defendants' Rule 12 motions | February 12, 2027 |
| Government's Rule 12 opposition | March 5, 2027 |
| Defendants' Rule 12 replies | March 12, 2027 |
| Government's expert disclosures | June 28, 2027 |
| Government's Rule 404(b) notice | July 26, 2027 |
| Defendants' expert disclosures | July 26, 2027 |
| Government's motions *in limine* | August 9, 2027 |
| Defendants' motions *in limine* & oppositions | August 23, 2027 |
| Government's motions *in limine* oppositions | August 30, 2027 |
| Parties' requests to charge, proposed *voir dire*, and proposed verdict sheet | September 1, 2027 |
| Government's anticipated witness list, anticipated exhibit list, and marked exhibits | September 10, 2027 |
| Final pretrial conference | September 13, 2027 (*already set*) |
| Defendants' exhibit lists, marked exhibits (including any exhibits the defense plans to introduce on cross-examination for non-impeachment purposes), witness lists, and Rule 26.2 material | September 13, 2027 |

The parties are unable to agree upon a schedule for the production of § 3500 material. The Government is prepared produce § 3500 material on the same schedule as in *United States v. Sterngast*, 25 Cr. 40 (VSB) (Dkt. 85, 86). That is, the Government is prepared to begin producing then-existing § 3500 material by September 7, 2027, *i.e.*, three weeks before the beginning of trial, and to complete production of then-existing § 3500 material by September 13, 2027, *i.e.*, two weeks before trial. The defendants desire that the Government produce then-existing § 3500 material before the deadline for their motions *in limine*. The defendants therefore request that the Court order the Government to complete production of then-existing § 3500 material by August 9, 2027, *i.e.*, seven weeks before trial.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: ______________________
Rebecca R. Delfiner
Joseph H. Rosenberg
Assistant United States Attorneys
(212) 637-2427/-2326

APPLICATION GRANTED
SO ORDERED ______________
VERNON S. BRODERICK
U.S.D.J. 11/18/2026

The pretrial filing schedule is set as set forth in the attached letter. With regard to 3500 material, as the parties are aware, I do not generally have the authority to order the production 3500 material prior to the direct testimony of a witness. However, I believe the schedule proposed by the Government should not result in any delays in the trial. The Government should prioritize the production of 3500 material for cooperators and victims as part of its rolling production of 3500 material. To the extent that there is information in the 3500 material that defense counsel believes should be the subject of a motion in limine, defense counsel is free to raise those issues with me when it becomes aware of such information and/or prior to the witness in question testifying.